1026

No. 75-284. METROPOLITAN DADE COUNTY, FLORIDA, ET AL. *v.* AEROJET-GENERAL CORP., *ante,* p. 908;

No. 75–289. SCHULZ *v.* CRESS ET AL., *ante,* p. 913;

No. 75–5081. HOWLETT *v.* FEDERAL NATIONAL MORTGAGE ASSN., *ante,* p. 909;

No. 75–5174. WOOLLEN *v.* WILLIAMS ET AL., *ante,* p. 917;

No. 75–5226. ANTHONY *v.* VINCENT, CORRECTIONAL SUPERINTENDENT, *ante,* p. 934;

No. 75–5413. MORETTA *v.* MORETTA, *ante,* p. 937; and

No. 75–5431. THOMAS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, *ante,* p. 944.   Petitions for rehearing denied.

No. 74–1571. SARULLO ET AL. *v.* UNITED STATES, *ante,* p. 837; and

No. 74–6599. GLENN *v.* NEW YORK, *ante,* p. 853. Motions for leave to file petitions for rehearing denied.

